**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000307**
**24-JAN-2012**
**09:12 AM**

NO. CAAP-11-0000307

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAII, Plaintiff-Appellee v.
DONNA MUKAI, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DTC-09-004250)

ORDER DISMISSING APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon further consideration of Counsel's Application to Dismiss Appeal and in Response to Order to Show Cause (motion to dismiss appeal) filed on December 5, 2011 and Counsel's Supplemental Declaration in Support of Motion to Dismiss Appeal, the papers in support, and the records and files herein, it appears that:

(1) Defendant-Appellant Donna Mukai (Appellant) filed a notice of appeal from a judgment of conviction and sentence for the offense of driving without a license;

(2) in the December 5, 2011 motion to dismiss appeal, appellate counsel states that Appellant is satisfied with the outcome of this matter and does not wish further review; and

(3) in a supplemental declaration filed on January 17, 2012, Appellant states that she no longer wishes to continue the matter and requests that the appeal proceedings be ended and finished.

Therefore, IT IS HEREBY ORDERED that this appeal is dismissed.

DATED: Honolulu, Hawai'i, January 24, 2012.

Presiding Judge

Associate Judge

Associate Judge